

Oct 11, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 12-20792-CR-MORENO/OTAZO-REYES

CASE NO. _____

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(2)(B)(ii)
18 U.S.C § 982(a)(6)

UNITED STATES OF AMERICA

v.

JULIANA ROSE TOME-FROES and
FABIO RODRIGUES-FROES,

        **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

As early as September 1, 2009, until at least September 1, 2010, the exact dates being unknown to the Grand Jury, upon the high seas out of the jurisdiction of any particular State or district, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district in which the offenders were arrested, the defendants,

**JULIANA ROSE TOME-FROES and
FABIO RODRIGUES-FROES,**

did knowingly and willfully conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of

law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-7

On or about the dates set forth below with respect to each count, upon the high seas out of the jurisdiction of any particular State or district, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district in which the offenders were arrested, the defendants,

**JULIANA ROSE TOME-FROES and
FABIO RODRIGUES-FROES,**

did knowingly encourage and induce an alien, as set forth in Counts 2 through 7 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Approximate Date | Alien |
|---|---|---|
| 2 | September 16, 2009 | WALDERSON GOMES DA SILVA |
| 3 | September 16, 2009 | PAHBLO MELO SANTOS |
| 4 | September 16, 2009 | CLECIANE PERIERA MARQUES |
| 5 | July 18, 2010 | WELLINGTON DOS SANTOS-SILVA |
| 6 | July 18, 2010 | ANDRE INACIO RODRIGUES |
| 7 | August 15, 2010 | WILMA FERNANDES PACHECO |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## COUNTS 8-13

2

On or about the dates set forth below with respect to each count, upon the high seas out of the jurisdiction of any particular State or district, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district in which the offenders were arrested, the defendants,

**JULIANA ROSE TOME-FROES and
FABIO RODRIGUES-FROES,**

did knowingly bring and attempt to bring an alien to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such alien:

| Count | Approximate Date | Alien |
|---|---|---|
| 8 | September 16, 2009 | **WALDERSON GOMES DA SILVA** |
| 9 | September 16, 2009 | **PAHBLO MELO SANTOS** |
| 10 | September 16, 2009 | **CLECIANE PERIERA MARQUES** |
| 11 | July 18, 2010 | **WELLINGTON DOS SANTOS-SILVA** |
| 12 | July 18, 2010 | **ANDRE INACIO RODRIGUES** |
| 13 | August 15, 2010 | **WILMA FERNANDES PACHECO** |

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

A. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

3

B.  Upon conviction of a violation of Title 8, United States Code, Section 1324, the defendants, **JULIANA ROSE TOME-FROES** and **FABIO RODRIGUES-FROES**, respectively, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), all of their respective right, title and interest in the following:

(i)  any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

(ii)  any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

(iii)  any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

LANNY A. BREUER
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION
UNITED STATES DEPARTMENT OF JUSTICE

_____
JAY BAUER
TRIAL ATTORNEY
HUMAN RIGHTS AND SPECIAL PROSECUTIONS
CRIMINAL DIVISION
UNITED STATES DEPARTMENT OF JUSTICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| JULIANA ROSE TOME-FROES and FABIO RODRIGUES-FROES, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants. _____/ | Superseding Case Information: |

| **Court Division**: (Select One) | New Defendant(s)       Yes ____ No ____ |
|---|---|
| | Number of New Defendants _____ |
| X___ Miami   ____ Key West | Total number of counts _____ |
| ____ FTL      ____ WPB    ____ FTP | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Portuguese

4. This case will take  4-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days        X___              Petty      ____
   II   6 to 10 days       ____              Minor      ____
   III  11 to 20 days      ____              Misdem.    ____
   IV   21 to 60 days      ____              Felony     X___
   V    61 days and over   ____

6. Has this case been previously filed in this District Court?  (Yes or No)   **NO**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) Yes
   If yes:
   Magistrate Case No.                  12-mj-03314
   Related Miscellaneous numbers:       _____
   Defendant(s) in federal custody as of   09/27/2012
   Defendant(s) in state custody as of     N/A
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ____ Yes   X___ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      ____ Yes   X___ No

_____
Marton Gyires
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501696

*Penalty Sheet(s) attached                                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>JULIANA ROSE TOME-FROES</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to Commit Alien Smuggling</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

**\* Max. Penalty**: <u>10 Years' Imprisonment</u>

Counts #: 2-7

<u>Encouraging and Inducing Aliens</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv)</u>

**\* Max. Penalty**: <u>5 Years' Imprisonment</u>

Counts #: 8-13

<u>Illegally bringing aliens to the United States for profit</u>

<u>Title 8, United States Code, Section 1324(a)(2)(B)(ii)</u>

**\* Max. Penalty**: <u>15 Years' Imprisonment</u>

Count #:

_____

_____

**\*Max. Penalty:** _____

_____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: FABIO RODRIGUES-FROES**

Case No: _____

Count #: 1

Conspiracy to Commit Alien Smuggling

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

\* **Max. Penalty**: 10 Years' Imprisonment

Counts #: 2-7

Encouraging and Inducing Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

\* **Max. Penalty**: 5 Years' Imprisonment

Counts #: 8-13

Illegally bringing aliens to the United States for profit

Title 8, United States Code, Section 1324(a)(2)(B)(ii)

\* **Max. Penalty**: 15 Years' Imprisonment

Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.