UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20792-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FABIO RODRIGUES FROES,

        Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

THIS CAUSE came before the Court upon defendant's motion to reduce sentence under USSG 5K3.1 **[D.E. #83]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED** under USSG 5K3.1.

DONE and ORDERED in Miami-Dade County Florida this 6th day of May, 2015.

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Fabio Rodriguez Froes
Reg. No. 98475-004
D.R. James C.F.
P.O. Box 2000
Folkston, Ga 31537